**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1634**

---

JESSE R. LANCE,

Plaintiff - Appellant,

versus

WONDERLYN BELL; G. TURNER PERROW; K. DOUGLAS
THORNTON; BENJAMIN H. CULBERTSON; JACK M.
SCOVILLE, JR.; DAVID H. MARING; FRED H. MOORE,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Solomon Blatt, Jr., Senior District
Judge. (CA-96-1984-2-8BD)

---

Submitted: September 25, 1997        Decided: October 8, 1997

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jesse R. Lance, Appellant Pro Se. K. Douglas Thornton, THORNTON
LAW FIRM, Georgetown, South Carolina; William Walter Doar, Jr.,
MCNAIR & SANFORD, P.A., Georgetown, South Carolina, for Appellees;
G. Turner Perrow, Fred H. Moore, Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lance v. Bell, No. CA-96-1984-2-8BD (D.S.C. Apr. 1, 1997). We deny Perrow's motion for summary disposition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED